Todd A. Jones (Bar No. 198024)
tjones@archernorris.com
Lisa M. Estabrook (Bar No. 167463)
lestabrook@archernorris.com
ARCHER NORRIS
301 University Avenue, Suite 110
Sacramento, CA 95825-5537
Telephone:   916.646.2480
Facsimile:    916.646.5696

Attorneys for Third-Party Defendants
B2GOLD CORP. and CENTRAL SUN MINING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PEREZ, MICHAEL MOORE and BRIGETTE MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>VEZER INDUSTRIAL PROFESSIONALS, INC., a California Corporation and DOES 1-50 inclusive,<br><br>Defendants.<br><br>VEZER INDUSTRIAL PROFESSIONALS, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PINPOINT HOLDINGS, INC., a corporation; B2 GOLD, a Canadian corporation,<br><br>Third-Party Defendants. | Case No. 2:09-CV-02850-MCE-GGH (TEMP)<br><br>**JOINT STATEMENT REGARDING DATES FOR DEPOSITIONS IN NICARAGUA AND [████████] ORDER** |

///

Pursuant to this Court's order of January 19, 2011 (the "January 19 Order") directing counsel for all parties to agree to dates for depositions in Nicaragua, the parties jointly submit the following statement.

1. Immediately following issuance of the January 19 Order, counsel for all parties met and conferred regarding the setting of dates for depositions in Nicaragua. Counsel for Pinpoint Holdings, Inc. stated they will not be attending. All other counsel agree the depositions will commence on March 23, 2011 and continue through Friday, April 1. On February 9, 2011, counsel for Vezer Industrial Professionals, Inc. ("Vezer") served its amended notice of deposition rescheduling all witnesses as previously set forth in its notice of deposition dated January 4, 2011. Counsel for Plaintiffs is working to confirm dates for its witnesses. Counsel for all parties agree that at least 1 full day will be set aside for Plaintiffs to depose witnesses in Nicaragua between March 23 and April 1.

2. Because these depositions had to be canceled on short notice following the January 19 Order, counsel for Vezer has asked counsel for Plaintiffs and Central Sun Mining, Inc. ("CSM") to share equally the cost of the cancellation fee for the court reporter. Counsel for CSM, Plaintiffs and Vezer have so agreed. The cancellation fee will be paid 1/4 by CSM, 1/4 by Plaintiffs and 1/2 by Vezer.

3. Counsel for CSM has asked counsel for Plaintiffs to have their clients each sign a consent form authorizing the Nicaraguan treating physicians to give testimony and produce documents relevant to plaintiffs' injuries and treatment. The Nicaraguan medical providers have requested these authorizations prior to testifying at deposition. Counsel for CSM has provided counsel for plaintiffs with authorization forms for both plaintiffs and requested the forms be signed and returned. Counsel for Plaintiffs will provide the signed forms to counsel for CSM at a reasonable date. Counsel for Plaintiffs expects to be able to provide the signed forms by Friday, February 18.

4. An effort was made by counsel for Vezer, Plaintiffs and CSM to determine Pinpoint's position but we received no response.

///

| | | |
|---|---|---|
| 1 | Dated: February _____, 2011 | Respectfully submitted, |
| 2 | | ARCHER NORRIS |
| 3 | | |
| 4 | | |
| 5 | | /s/ _____<br>Lisa M. Estabrook |
| 6 | | Attorneys for Third-Party Defendants<br>B2GOLD CORP. and CENTRAL SUN |
| 7 | | MINING, INC. |
| 8 | Dated: February _____, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 9 | | |
| 10 | | |
| 11 | | /s/ _____<br>Joseph C. Owens |
| 12 | | Attorneys for Third-Party Defendants<br>VEZER INDUSTRIAL PROFESSIONALS, INC. |
| 13 | Dated: February _____, 2011 | SIMON & LUKE, LLP |
| 14 | | |
| 15 | | |
| 16 | | /s/ _____<br>Robert Luke |
| 17 | | Attorneys for Plaintiffs<br>RUBEN PEREZ, MICHAEL MOORE and<br>BRIGETTE MOORE |

## ORDER

**GOOD CAUSE APPEARING,** and pursuant to the foregoing Joint Statement, the Court orders as follows:

1. The depositions of witnesses in Nicaragua will proceed March 23-April 1 with at least 1 full day being set aside for Plaintiffs to depose witnesses.

2. Plaintiffs Vezer and CSM will share equally the fee of the court reporter following the cancellation of the Nicaraguan depositions in January. The cancellation fee will be paid 1/4 by CSM, 1/4 by Plaintiffs and 1/2 by Vezer.

3. Plaintiffs are directed to each sign the consent form authorizing the Nicaraguan treating physicians to give testimony and produce documents relevant to plaintiffs' injuries and treatment. Counsel for CSM has provided counsel for plaintiffs with authorization forms for both plaintiffs. Counsel for Plaintiffs will provide the signed forms to counsel for CSM at a reasonable date and he is ordered to use his best efforts to provide the signed forms to counsel for CSM by Friday, February 18.

**IT IS SO ORDERED,**

Dated: Feb. 15, 2011

GREGORY G. HOLLOWS
Honorable Magistrate Judge Gregory G. Hollows