1  Todd A. Jones (Bar No. 198024)
   tjones@archernorris.com
2  Lisa M. Estabrook (Bar No. 167463)
   lestabrook@archernorris.com
3  ARCHER NORRIS
   301 University Avenue, Suite 110
4  Sacramento, CA  95825-5537
   Telephone:    916.646.2480
5  Facsimile:    916.646.5696

6

7  Attorneys for Third-Party Defendants
   B2GOLD CORP. and CENTRAL SUN MINING,
   INC.
8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  RUBEN PEREZ, MICHAEL MOORE and BRIGETTE MOORE, | Case No.  2:09-CV-02850-MCE-GGH (TEMP) |
| 13 | |
| 14              Plaintiffs, | **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AND EXTEND DEADLINES FOR GENERAL AND EXPERT DISCOVERY** |
| 15  v. | |
| 16  VEZER INDUSTRIAL PROFESSIONALS, INC., a California Corporation and DOES 1-50 inclusive, | |
| 17 | |
| 18              Defendants. | |
| 19  VEZER INDUSTRIAL PROFESSIONALS, INC., | |
| 20 | |
| 21              Third-Party Plaintiff, | |
| 22  v. | |
| 23  PINPOINT HOLDINGS, INC., a corporation; B2 GOLD, a Canadian corporation, | |
| 24 | |
| 25              Third-Party Defendants. | |

26

27  ///

28

ZA167/1084849-1                                                          STIPULATION TO MODIFY PRETRIAL
                                                                         SCHEDULING ORDER 2:09-CV-02850-MCE-GGH

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER AND EXTENDING DEADLINES FOR GENERAL AND EXPERT DISCOVERY**

**WHEREAS** Counsel for Plaintiffs, Defendant Vezer Industrial Professionals and Third-Party Defendants Central Sun Mining and B2Gold (collectively referred to herein as the "Parties") have been working cooperatively to set percipient witness and treating medical provider depositions. Many of these witnesses are located out of the country in Nicaragua.

**WHEREAS** Counsel for the Parties have commitments to other cases which is making the coordination of mutually convenient dates difficult. The first mutually convenient date to commence percipient witness and treating medical provider depositions in Nicaragua is March 22, 2011. In addition, counsel for all parties have indicated their desire to depose several current and former employees and managers of Defendant Vezer Industrial Professionals and Third-Party Defendants Central Sun Mining and B2Gold - - many of whom reside outside the State of California. These depositions cannot begin to take place until April at the earliest as counsel for all parties have agreed to first take depositions in Nicaragua during the last two weeks of March.

**WHEREAS** Counsel for the Parties seek to continue to work cooperatively to clear dates with each other to the extent reasonable. Counsel for the Parties agree they will be unable to complete general and expert discovery by the deadlines set forth in the July 27, 2010 pretrial scheduling order ("PTO") in light of the need to find dates convenient for all counsel and the witnesses.

**WHEREAS** Counsel for the Parties agree to modify Paragraph IV of the PTO to extend the deadline to complete all non-expert discovery from the current deadline of June 23, 2011 to September 23, 2011 (90 day extension). The remaining provisions of Paragraph IV will remain unchanged.

**WHEREAS** Counsel for the Parties agree to modify Paragraph V of the PTO to extend the deadline to designate in writing experts they propose to tender at trial from the current deadline of August 23, 2011 to October 24, 2011 (60 day extension). The remaining provisions of Paragraph V will remain unchanged.

**WHEREAS** Counsel for the Parties agree to modify Paragraph VI of the PTO to extend the deadline to file and hear motions as follows:  The Plaintiffs' dispositive motions shall be filed by November 23, 2011 (changed from October 20, 2011).  Defendants' opposition and cross-motion shall be filed by December 14, 2011 (changed from November 10, 2011). Plaintiffs' reply and opposition shall be filed by December 28, 2011(changed from November 23, 2011).  Defendants' reply shall be filed by January 12, 2012 (changed from December 8, 2011).  Hearing on such motions shall be on January 19, 2012 at 2:00 p.m. (changed from December 15, 2011).  The opposition and reply must be filed by 4:00 p.m. on the day due.  The remaining provisions of Paragraph VI will remain unchanged.

**WHEREAS** Good cause for entering into this Stipulation exists because it saves the Court and the parties the time, money and resources associated with the filing of discovery motions, one of which already has been filed and was heard on January 19, 2010.  Good cause further exists in that all other deadlines remain unchanged, including the trial date and the pretrial conference.

**WHEREAS** Counsel for the Parties made an effort to determine Third-Party Defendant Pinpoint Holdings Inc.'s position but received no response.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the Parties, by and through their respective attorneys of record, as follows:

1. The deadline to complete all non-expert discovery is September 23, 2011.

2. The deadline to designate in writing experts any party proposes to tender at trial is October 24, 2011.

3. The deadline to file and hear motions follows:  The Plaintiffs' dispositive motions shall be filed by November 23, 2011.  Defendants' opposition and cross-motion shall be filed by December 14, 2011.  Plaintiffs' reply and opposition shall be filed by December 28, 2011.  Defendants' reply shall be filed by January 12, 2012.  Hearing on such motions shall be on January 19, 2012 at 2:00 p.m. The opposition and reply must be filed by 4:00 p.m. on the day due.

///

///

**IT IS SO STIPULATED:**

Dated: February 14, 2011                ARCHER NORRIS

/s/
Todd A. Jones
Lisa M. Estabrook
Attorneys for Third-Party Defendants
B2GOLD CORP. and CENTRAL SUN MINING, INC.

Dated: February 14, 2011                LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/
Joseph C. Owens
Attorneys for Third-Party Defendants
VEZER INDUSTRIAL PROFESSIONALS, INC.

Dated: February 14, 2011                SIMON & LUKE, LLP

/s/
Robert Luke
Attorneys for Plaintiffs
RUBEN PEREZ, MICHAEL MOORE and BRIGETTE MOORE

## ORDER

**GOOD CAUSE APPEARING,** and pursuant to the foregoing Stipulation, the Court orders as follows:

1**.**     Paragraph IV of the July 27, 2010 pretrial scheduling order ("PTO") is modified to extend the deadline to complete all non-expert discovery from the current deadline of June 23, 2011 to September 23, 2011 (90 day extension). The remaining provisions of Paragraph IV will remain unchanged.

2.     Paragraph V of the PTO is modified to extend the deadline to designate in writing experts each party proposes to tender at trial from the current deadline of August 23, 2011 to October 24, 2011 (60 day extension). The remaining provisions of Paragraph V will remain unchanged.

///

///

3. Paragraph VI of the PTO is modified to extend the deadline to file and hear motions as follows: The Plaintiffs' dispositive motions shall be filed by November 23, 2011 (changed from October 20, 2011). Defendants' opposition and cross-motion shall be filed by December 14, 2011 (changed from November 10, 2011). Plaintiffs' reply and opposition shall be filed by December 28, 2011(changed from November 23, 2011). Defendants' reply shall be filed by January 12, 2012 (changed from December 8, 2011). Hearing on such motions shall be on January 19, 2012 at 2:00 p.m. (changed from December 15, 2011). The opposition and reply must be filed by 4:00 p.m. on the day due. The remaining provisions of Paragraph VI will remain unchanged.

**IT IS SO ORDERED.**

DATE: February 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE