**CRAIG C. SHEFFER, Esq. / SB#131243/ csheffer@dbbc.com**
**DREYER BABICH BUCCOLA WOOD LLP**
20 Bicentennial Circle
Sacramento, CA 95826-2802
Telephone: (916) 379-3500 / Facsimile: (916) 379-3599

**ROBERT R. LUKE, Esq.,  /TEXAS SB# 00789463 /Robert@simonluke.com**
**ANTHONY C. COVENY, Ph.D., Esq., /TEXAS SB# 24059616/ Tony@simonluke.com**
**SIMON & LUKE, L.L.P.**
2929 Allen Parkway, 42nd Floor
Houston, Texas 77019
Telephone: (713) 335-4900 / Facsimile: (713) 335-4949

**Attorneys for Plaintiffs**
**RUBEN PEREZ, MICHAEL MOORE & BRIGETTE MOORE**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN PEREZ, MICHAEL MOORE, and BRIGETTE MOORE, <br><br> Plaintiffs, <br><br> vs. <br><br> VEZER INDUSTRIAL PROFESSIONALS, INC., a California corporation and DOES 1-50 Inclusive, <br><br> Defendants. | CASE NO. 2:09-CV-02850-MCE-CKD <br><br> **ORDER ALLOWING COUNSEL TO APPEAR TELEPHONICALLY AT MOTION TO MODIFY INITIAL SCHEDULING ORDER AND LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT HEARING** <br><br> Date: September 29, 2011 <br> Time: 2:00 p.m. <br> Courtroom: 7 |

Pursuant to the foregoing Motion and good cause appearing therefore;

IT IS ORDERED allowing counsel Robert Luke be permitted to appear telephonically at the hearing representing Plaintiffs in the underlying case on September 29, 2011.

Counsel should be available fifteen minutes before the scheduled 2:00 p.m. hearing at the number provided to the court, 713-335-4900.

Dated: September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2