# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RUBEN PEREZ, MICHAEL MOORE and BRIDGETTE MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>VEZER INDUSTRIAL PROFESSIONALS, INC., a California Corporation and DOES 1-50 inclusive,<br><br>Defendant.<br><br>VEZER INDUSTRIAL PROFESSIONALS, INC.,<br><br>Cross-Complainant,<br><br>v.<br><br>DOES 1-50, inclusive,<br><br>Cross-Defendants. | CASE NO. 2:09-CV-02850-MCE-KJM<br><br>(The Hon. Morrison C. England, Jr.)<br><br>**ORDER RE DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE HEARING OF PLAINTIFFS' MOTION TO MODIFY INITIAL SCHEDULING ORDER AND LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:     September 29, 2011<br>Time:    2:00 p.m.<br>Courtroom:  7 |

Pursuant to the foregoing motion by Defendant, and good cause appearing thereto:

---

1

DEFENDANT'S MOTION TO APPEAR AT HEARING TELEPHONICALLY

Defendant's request to appear telephonically at the hearing on Defendants' Motion to Dismiss is **GRANTED**. Counsel is directed to be available fifteen minutes prior to the scheduled hearing at (213) 250-1800. Counsel for Defendants shall contact the court clerk to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
DEFENDANT'S MOTION TO APPEAR AT HEARING TELEPHONICALLY