IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN PEREZ et al.

       Plaintiffs,                  No. CIV S-09-2850 MCE CKD

     vs.

VEZER INDUSTRIAL
PROFESSIONALS, INC.,
                                      ORDER

       Defendant.

_____/

       Pending before the court is plaintiffs' motion to compel the deposition of defendant Vezer Industrial Professionals, Inc.'s Rule 30(b)(6) corporate representative, filed on November 18, 2011 and currently noticed for hearing on December 14, 2011. (Dkt. No. 131.) The court notes that the deadline to complete all non-expert discovery in this matter is December 2, 2011 (Dkt. No. 113, at 4.) The district judge's pretrial scheduling order provides that, in the context of non-expert discovery, the term "completed" means that "all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court." (See Pretrial Scheduling Order, Dkt. No. 48, at 2.)

\\\\

Therefore, plaintiffs' motion to compel is untimely under the current non-expert discovery deadline.  To have a discovery motion heard after the current deadline, plaintiffs must first file a motion before the district judge to modify the pretrial scheduling order and extend the deadline to complete non-expert discovery.  As such, plaintiffs' instant motion should be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 14, 2011 hearing on plaintiffs' motion to compel is vacated.

2. Plaintiffs' motion to compel (dkt. no. 131) is denied without prejudice.

Dated: November 29, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD/5
Perez.2850.mtc2.vac.wpd