**CRAIG C. SHEFFER, Esq. / SB#131243/ csheffer@dbbc.com**
**DREYER BABICH BUCCOLA WOOD LLP**
20 Bicentennial Circle
Sacramento, CA 95826-2802
Telephone: (916) 379-3500 / Facsimile: (916) 379-3599

**ROBERT R. LUKE, Esq., /TEXAS SB# 00789463 /Robert@simonluke.com**
**ANTHONY C. COVENY, Ph.D., Esq., /TEXAS SB# 24059616 / Tony@simonluke.com**
**SIMON & LUKE, L.L.P.**
2929 Allen Parkway, 42nd Floor
Houston, Texas 77019
Telephone: (713) 335-4900 / Facsimile: (713) 335-4949

**Attorneys for Plaintiffs**
**RUBEN PEREZ, MICHAEL MOORE & BRIGETTE MOORE**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN PEREZ, MICHAEL MOORE, and BRIGETTE MOORE, <br><br> Plaintiffs, <br><br> vs. <br><br> VEZER INDUSTRIAL PROFESSIONALS, INC., a California corporation and DOES 1-50, Inclusive <br><br> Defendants. | CASE NO. 2:09-cv-02850-MCE-CKD <br><br> **ORDER GRANTING LEAVE TO FILE TWO PAGE SUPPLEMENTAL RESPONSE TO DEFENDANT'S PENDING MOTIONS FOR SUMMARY JUDGMENT IN LIGHT OF 30(B)(6) DEPOSITION ON APRIL 27, 2012** |

Having reviewed Plaintiff's Motion for Leave to File Two Page Supplemental Response (ECF No. 200), no opposition to that Motion having been made, and good cause appearing therefor,

**IT IS SO ORDERED** that Plaintiffs be allowed to file their Two Page Supplemental Response to Defendant's Pending Motions for Summary Judgment in Light of 30(b)(6) Deposition on April 27, 2012.

**IT IS SO ORDERED.**

**DATED: June 11, 2012**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE