UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PEREZ, ET AL.,<br><br>      Plaintiffs,<br><br>  v.<br><br>VEZER INDUSTRIAL PROFESSIONALS, INC., ET AL.,<br><br>      Defendants.<br>_____/ | No. 2:09-cv-02850-MCE-CKD<br><br><br><br>ORDER CONTINUING TRIAL |

YOU ARE HEREBY NOTIFIED the February 4, 2013 jury trial is vacated and continued to **January 13, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **October 31, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the December 13, 2012 Final Pretrial Conference is vacated and continued to **November 14, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **October 24, 2013** and shall comply with the procedures outlined in the Court's July 27, 2010 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

　　　Any evidentiary or procedural motions are to be filed by **October 24, 2013.**  Oppositions must be filed by **October 31, 2013** and any reply must be filed by **November 7, 2013.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

　　　IT IS SO ORDERED.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE