**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

Robert G. Warshaw (State Bar No. 140184)
*r.warshaw@mpglaw.com*
Cameron W. Thomas (State Bar No. 210237)
*c.thomas@mpglaw.com*

Attorneys for Third-Party Defendant PINPOINT HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PEREZ, MICHAEL MOORE and BRIGETTE MOORE, <br><br> Plaintiffs, <br><br> vs. <br><br> VEZER INDUSTRIAL PROFESSIONALS, INC., a California Corporation and DOES 1-50 inclusive, <br><br> Defendants. | CASE No. 2:09-CV-02850-TLN-CKD <br><br> **[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** <br><br> FILED CONCURRENTLY WITH STIPULATION TO CONTINUE SETTLEMENT CONFERENCE <br><br> BEFORE: MAGISTRATE JUDGE EDMUND F. BRENNAN <br> DATE: FEBRUARY 2, 2017 <br> TIME: 11:00 A.M. <br> CRTRM: 8 |
| VEZER INDUSTRIAL PROFESSIONALS, INC., <br><br> Third Party Plaintiff, <br><br> vs. <br><br> PINPOINT HOLDINGS, INC., a corporation; B2 GOLD, a Canadian corporation; and CENTRAL SUN MINING, INC., <br><br> Third Party Defendants. | |

733887.1

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that THE
2 Settlement Conference currently set before Magistrate Judge Edmund F. Brennan for February 2,
3 2017 is vacated and continued to the Court's next available date of:

4  ☒  March 23, 2017, or
5  ☐  April 27, 2017.

6 IT IS SO ORDERED.
7 DATED: January 20, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW    733887.1