Michael I. Silverstein (Pro Hac Vice)
Email: msilverstein@wbgllp.com
**WELBY, BRADY & GREENBLATT, LLP**
11 Martine Avenue – 15th Floor
White Plains, New York 10606
Office Dial: 914-428-2100
Direct Dial: 914-607-6415

Attorneys for Third-Party Plaintiff,
VEZER INDUSTRIAL PROFESSIONALS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PEREZ, MICHAEL MOORE, and BRIGETTE MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>VEZER INDUSTRIAL PROFESSIONALS, INC., a California Corporation; and DOES 1-50, inclusive,<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:09-CV-02850-TLN-EFB<br><br>The Hon. Troy L. Nunley<br>Courtroom 2<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41 and Rule 143 of the Civil Local Rules of the United States District Court, Eastern District of California, Third-Party Plaintiff Vezer Industrial Professionals, Inc. ("Vezer") and Third-Party Defendants PinPoint Holdings, Inc. ("PinPoint"); B2Gold and Central Sun Mining (jointly referred to as "B2Gold") (collectively, the "Parties"), hereby stipulate, by and through their respective attorneys, as follows:

WHEREAS there is no party who is an infant or incompetent person for whom a committee or a conservator has been appointed, the above-entitled action and related cross-actions and third-party actions, including all claims, counter-claims, cross-claims and third-party claims asserted

1

therein, or which could have been asserted therein, be, and the same hereby are discontinued and dismissed, with prejudice, without costs to any party.

In addition and in consideration of the mutual release provided for herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby knowingly and voluntarily release and forever discharge each other and their respective officers, directors, employees, agents, successors and assigns (the "Releasees") from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the Releasees the Parties ever had, now have or hereinafter can, shall or may have for, upon, or by reasons of any matter, cause or thing whatsoever from the beginning of the world to the date of this release, for all matters arising in connection with the subject matter of the above captioned action.

Facsimile signatures of the undersigned shall be deemed originals for the purposes of this Stipulation.

DATED: June 1, 2018

**(This space left intentionally blank)**

**WELBY, BRADY & GREENBLATT, LLP**

_____/s/_____
Michael I. Silverstein
Attorneys for Third-Party Plaintiff,
VEZER INDUSTRIAL PROFESSIONALS, INC.

**MUSICK, PEELER & GARRETT LLP**

_____/s/_____
Robert G. Warshaw
Attorneys for Third-Party Defendant
PINPOINT HOLDINGS, INC

**ARCHER NORRIS**

_____/s/_____
William L. Coggshall
Attorneys for Third-Party Defendant
B2GOLD CORP. and CENTRAL SUN MINING, INC.

**IT IS SO ORDERED:**

Dated: June 14, 2018

_____
Troy L. Nunley
United States District Judge